Fill in this information to identify the case:

Debtor name **Fate Restaurants, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **18-19570**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 1600 38th Street, LLC<br>c/o The Colorado Group, Inc.<br>3434 47th Street<br>Suite 220<br>Boulder, CO 80301 | | | | | | $110,000.00 |
| 1650 38th Street, LLC<br>c/o The Colorado Group, Inc.<br>3434 47th Street<br>Suite 220<br>Boulder, CO 80301 | | | | | | $20,981.76 |
| Bank of America<br>P.O. Box 15220<br>Wilmington, DE 19886 | | | | | | $31,581.03 |
| Breakaway Business Center<br>1855 Pearl Street<br>Suite 20<br>Denver, CO 80201 | | | | | | $62,650.00 |
| Broadway Advance<br>39 Broadway<br>Suite 930<br>New York, NY 10006 | | | | | | $80,000.00 |
| BSP<br>c/o Learfield Communications<br>P.O. Box 843038<br>Kansas City, MO 64184 | | | | | | $22,367.00 |
| Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197 | | | | | | $27,718.17 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Fate Restaurants, LLC**
Name

Case number (if known) **18-19570**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Colordao Department of Labor and Employment** 633 17th Street, Suite 201 Denver, CO 80202 | | | | | | $48,686.95 |
| **Crosby Farms** 8648 Crosby Road NE Woodburn, OR 97071 | | | | | | $57,114.20 |
| **Guaranty Bank and Trust** P.O. Box 5847 Denver, CO 80217 | | Line of Credit | | | | $99,569.24 |
| **Hollingsberry & Son, Inc.** P.O. Box 966 Yakima, WA 98907 | | | | | | $18,486.27 |
| **Keg Logistics** P.O. Box 912908 Denver, CO 80291 | | | | | | $32,950.48 |
| **Kinyon, Kevin** 169 Old Redding Road Redding, CT 06896 | | | | | | $121,000.00 |
| **Pivotal Payments** 5000 Legacy Drive Suite 320 Plano, TX 75024 | | | | | | $20,000.00 |
| **Proximity Malt, LLC** 644 South 5th Street Milwaukee, WI 53204 | | | | | | $19,389.50 |
| **Ritchison, Dawn** 2608 Denver Avenue Longmont, CO 80503 | | Loans | | | | $29,632.00 |
| **Seabass, LLC** 3019 14th Street Boulder, CO 80304 | | | | | | $100,000.00 |
| **Shamrock Foods** P.O. Box 910219 Denver, CO 80291 | | Vendor | | | | $153,000.00 |
| **Sysco** 5000 Beeler St. Denver, CO 80238 | | | | | | $21,056.60 |
| **Xcel Energy** P.O. Box 9477 Minneapolis, MN 55484-9477 | | | | | | $14,161.89 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2